## DUNCAN v. DUNCAN

No. 668P01

Case below: 147 N.C. App. 152

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

## GASKILL v. JENNETTE ENTERS., INC.

No. 671P01

Case below: 147 N.C. App. 138

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

## HAMILTON v. BECK (formerly *Hamilton v. Freeman*)

No. 685P01

Case below: *Hamilton v. Freeman*, 147 N.C. App. 195

Motion by defendants for temporary stay allowed 10 January 2002.

## HAWLEY v. WAYNE DALE CONSTR.

No. 626P01

Case below: 146 N.C. App. 423

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

## IN RE APPEAL OF BRIARFIELD FARMS

No. 682P01

Case below: 147 N.C. App. 208

Petition by respondent (Alamance County) for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.